|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | EASTERN DISTRICT OF WASHINGTON |

| | |
|---|---|
| RICHARD L. HOWLEY,<br><br>            Plaintiff,<br><br>    v.<br><br>SHAWN AUDIE and JOHN DOES 1-5,<br><br>            Defendants. | NO:  10-CV-0387-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal of Complaint With Prejudice (ECF No. 21).  The Court grants the motion pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  This case is hereby dismissed with prejudice without an award of costs or attorney's fees to either party.

//

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  **ACCORDINGLY, IT IS HEREBY ORDERED**:

2  The parties' stipulated motion for dismissal with prejudice (ECF No. 21) is

3  **GRANTED**.  All claims and causes of action in this matter are **DISMISSED** with

4  prejudice and without costs or fees to any party.

5  The District Court Executive is hereby directed to enter this Order, furnish

6  copies to counsel, and **CLOSE** the file.

7  **DATED** this 5th day of September, 2012.

8  *s/ Thomas O. Rice*

9  THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2